IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD L. ARMSTRONG, SR.,

    Petitioner,        No. CIV S-06-1950 LKK DAD P

  vs.

D.L. RUNNELS, et al.,

    Respondents.      ORDER
_____/

      Petitioner has requested a thirty-day extension of all deadlines in his pending cases. Petitioner will be granted one extension of time to file objections to the findings and recommendations that were filed in this case on September 8, 2006. IT IS ORDERED that:

    1. Petitioner's October 2, 2006 request for extension of time is granted in part.

    2. Petitioner's objections to findings and recommendations shall be filed within thirty days after this order is filed. No further extension of time will be granted for this purpose.

DATED: October 11, 2006.

                    /s/ Dale A. Drozd
                    DALE A. DROZD
                    UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
arms1950.111