IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD L. ARMSTRONG, SR.,

        Petitioner,                No. CIV S-06-1950 LKK DAD P

    vs.

D.L. RUNNELS, et al.,

        Respondents.         ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, seeks to appeal this court's December 21, 2006 dismissal of his application for a writ of habeas corpus. Before petitioner can appeal the decision, a certificate of appealability must issue. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This court must either issue a certificate of appealability indicating which issues made the required showing or state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

        In this case, petitioner filed a document that purported to be a petition for writ of habeas corpus. The document was captioned for filing in a state court and challenged conditions

1

1 of confinement. A previously filed civil rights action challenging the conditions of petitioner's
2 confinement was pending in this court. In addition, a previously filed habeas action challenging
3 petitioner's 2005 conviction was also pending in this court. Petitioner's defective application for
4 leave to proceed in forma pauperis was disregarded, and this action was summarily dismissed
5 without prejudice as duplicative of other actions pending in this court.

6 Petitioner has not made a substantial showing of the denial of any constitutional
7 right. Accordingly, a certificate of appealability should not issue in this action.

8 IT IS SO ORDERED.

9 DATED: February 5, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT